

# United States District Court
# Eastern District of California

| Timothy Fonseca | Case Number: | 1:26-cv-01024 |
|---|---|---|

Plaintiff(s)

V.

| Amazon LLC |
|---|

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Brandon Brigham _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Amazon LLC; Amazon Fulfillment center BFL1; Amazon.com, Inc., Amazon.com Services, LLC

On ____10/27/2009____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Pennsylvania____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

N/A

Date: ____02/12/2026____    Signature of Applicant: /s/ ____Brandon J. Brigham____

**Pro Hac Vice Attorney**

Applicant's Name: Brandon Brigham

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 2222 Market Street

City: Philadelphia   State: PA   Zip: 19103

Phone Number w/Area Code: (215) 963-4780

City and State of Residence: Bryn Mawr, Pennsylvania

Primary E-mail Address: brandon.brigham@morganlewis.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jason Mills

Law Firm Name: Morgan, Lewis & Bockius LLP

Address: 300 South Grand Avenue, 22nd FL

City: Los Angeles   State: CA   Zip: 90071

Phone Number w/Area Code: (213) 612-7387   Bar # 225126

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2026

_____
U.S. Magistrate Judge Christopher D. Baker